THE PEOPLE OF THE STATE OF NEW YORK ex rel. FEDERAL MOTOR TRUCK CO. OF NEW YORK, INC., Appellant, against THOMAS M. LYNCH et al., Constituting the State Tax Commission, Respondents.

(Submitted May 21, 1934; decided June 5, 1934.)

*Herbert G. McLear* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.